THE PEOPLE ex rel. MORRIS et al.,·Respondents, *v.* SAMUEL H. RANDALL, Appellant.

(Submitted April 22, 1879; decided May 20, 1879.)

*Samuel H. Randall* appellant in person.

*D. M. Porter* for respondent.

AGREE to dismiss appeal without opinion.
All concur.
Appeal dismissed.

------

WILLIAM POST, Respondent, *v,* THE BRONXVILLE MANU-FACTURING COMPANY, Appellant.

(Submitted April 22, 1879; decided May 20, 1879.)

*Charles H. Hatch* for appellant.

*S. B. Brownell* for respondent.

*Per Curiam* opinion for affirmance on opinion below.
All concur.
Judgment affirmed.